IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LUIS ARMANDO ALONZO CORTES,    *

    Petitioner,    *

v.    *    Civil Action No. GLR-26-588

VERNON LIGGINS, et al.,    *

    Respondents.    *

    *
    ***

## ORDER

Upon consideration of Petitioner Luis Armando Alonzo Cortes's Petition for Writ of Habeas Corpus filed on February 12, 2026 (ECF No. 1), the Court's Order on February 17, 2026 (ECF No. 10), Alonzo Cortes's Status Report on February 26, 2026, indicating that he was released, (Status Report at 1, ECF No. 11), and the entire record in this case, it is hereby:

ORDERED that no further status reports need to be filed; and

IT IS FURTHER ORDERED that the Clerk shall CLOSE this case.

So ordered this 27th day of February, 2026.

                        /s/
                    George L. Russell, III
                    Chief United States District Judge